# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MELVIN AMODEO, | : | No. 34 WAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated October 21, |
| | : | 2016 at No. 536 MD 2016. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## *ORDER*

**PER CURIAM**

AND NOW, this 19th day of July, 2017, the Order of the Commonwealth Court is hereby AFFIRMED.